CRIMINAL COMPLAINT
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>v.<br>**Jesus Francisco Lopez-Enriquez**<br>DOB: 2004; United States Citizen<br>**Pedro Frammuel Salazar**<br>DOB: 2005; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**24-00491MJ** |

Complaint for violation of Title 18, United States Code, §§ 554(a) and 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 17, 2024, in the District of Arizona, **Jesus Francisco Lopez-Enriquez** and **Pedro Frammuel Salazar** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Glock 43 and a Glock 19 9mm pistols, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Sections 554(a) and 2.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 17, 2024, **Jesus Francisco Lopez-Enriquez** attempted to exit the United States and enter the Republic of Mexico through the outbound pedestrian lanes at the DeConcini Port of Entry (POE) in Nogales, Arizona. **Lopez-Enriquez** was accompanied by an individual later identified as **Pedro Frammuel Salazar**. A Customs and Border Protection Officer (CBPO) conducting an outbound inspection from the United States began to obtain a verbal outbound declaration for weapons and ammunition from the two when a CBPO observed a bulge protruding form the back of **Lopez-Enriquez**. CBPO's performed a pat down and verified that there was a bulge present on **Lopez-Enriquez** and that it was consistent with the shape of weapon. **Lopez-Enriquez** and **Salazar** thereafter were secured and moved to a secondary inspection area. A CBP Currency and Firearms Detector Dog (CFDD) and a trained canine alerted to the presence of a trained odor on **Lopez-Enriquez** and **SALAZAR**. CBPOs discovered **Lopez-Enriquez** and **Salazar** were each in possession of a 9mm pistol concealed in their waistbands. The firearms were a Glock 43 and a Glock 19.

In a post-*Miranda* interview **Lopez-Enriquez** stated that he needed to make some easy money and was going to take the pistol to Mexico to sell it. **Lopez-Enriquez** said he purchased the firearm from a friend for $550 and wanted to sell the gun for $1000 dollars in Mexico. **Lopez-Enriquez** stated that he was aware he was smuggling a weapon and believed the weapon would end up in the hands of cartel members. **Lopez-Enriquez**

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano* RAQUEL ARELLANO Digitally signed by RAQUEL ARELLANO Date: 2024.04.18 14:00:05 -07'00' | SIGNATURE OF COMPLAINANT<br>KEITH J GRIJALVA Digitally signed by KEITH J GRIJALVA Date: 2024.04.18 14:10:22 -07'00'<br><br>OFFICIAL TITLE<br>HSI SA Keith J. Grijalva |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 18, 2024 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-00491MJ

**BASIS OF COMPLAINTANT'S CHARGE AGINST THE ACCUSED CONTINUED.)**

stated that the individual traveling with him, **Salazar**, was also in possession of a gun and the two had conspired together to take the guns into Mexico. **Lopez-Enriquez** stated that he was aware that it was illegal to bring guns into Mexico from the United States. Finally, **Lopez-Enriquez** admitted he was not licensed to import/export firearms from the United States into Mexico.

In a In a post-*Miranda* interview **Salazar** stated that he "messed up by trying to take guns into Mexico." **Salazar** stated that he had a large amount of debt in tickets and needed to make some money. **Salazar** stated that he was going to be paid $1,000 dollars to smuggle the gun into Mexico. **Salazar** stated that he was recruited by an individual on a social media communication platform. **Salazar** stated that he was aware he was smuggling a weapon. **Salazar** stated that the individual traveling with him, **Lopez-Enriquez**, was also in possession of a gun and the two had conspired together to take the guns into Mexico. **Salazar** stated that he was aware that it was illegal to bring guns into Mexico from the United States. Finally, **Lopez-Enriquez** admitted he was not licensed to import/export firearms from the United States into Mexico.

The firearms found on **Lopez-Enriquez** and **Salazar** qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither **Lopez-Enriquez** nor **Salazar** possessed nor presented a license to export firearms from the United States into Mexico.